**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YI TAI SHAO aka LINDA YI TAI SHAO,<br><br>Plaintiff,<br><br>v.<br><br>TSAN-KUEN WANG, DAVID SUSSMAN, B.J. FADEM, MISOOK OH, JILL SARDESON, SARAH SCOFIELD, JUDGE EDWARD DAVILA, JUDGE MARY ANN GRILLI, JUDGE THEODORE ZAYNOR, JOHN ORLANDO AND JUDGE PATRICIA LUCAS, MARGID DAVIS, SANTA CLARA COUNTY BAR ASSOCIATION, DOES 1-10,<br><br>Defendants. | Case No.: 5:14-CV-01912 LHK<br><br>ORDER RE: RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: April 30, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 5:14-CV-01912 LHK
ORDER RE: RECUSAL