UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YI TAI SHAO,

    Plaintiff,

v.

TSAN-KUEN WANG, et al.,

    Defendants.

Case No. 14-cv-01912-VC

**ORDER OF RECUSAL**

Pursuant to Section 3.6-6 of the Guide to Judiciary Policy, I, the undersigned judge of the court, recuse myself from this case and request that the case be transferred to a judge in another district.

All pending dates of motions, pretrial conferences, and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI TAI SHAO,<br><br>       Plaintiff,<br><br>   v.<br><br>TSAN-KUEN WANG, et al.,<br><br>       Defendants. | Case No.   14-cv-01912-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/12/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yi Tai Shao
560 S. Winchester Blvd.
Suite 500
San Jose, CA 95128


Dated: 6/12/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable Vince Chhabria

2