UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| YI TAI SHAO aka LINDA YI TAO SHAO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TSAN-KUEN WANG, et al.,<br><br>        Defendants. | NO. 3:14-cv-01912 WBS |

----oo0oo----

This action has been re-assigned to the undersigned judge.  The Court will conduct a case management conference for the purpose of setting deadlines in accordance with Northern District Local Rule 16 and Federal Rule of Civil Procedure 16. At least twenty-one (21) calendar days before the case management conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).

The case management conference is set for **September 12,**

1

1  **2014, at 11:00 a.m.** at the United States District Court, Northern
2  District of California, San Francisco Division, 450 Golden Gate
3  Avenue, San Francisco (courtroom to be determined).  The parties
4  shall submit to the court a Joint Case Management Statement
5  fourteen (14) calendar days prior to the conference date.
6  Pursuant to Northern District Local Rule 16-9(a), the Joint Case
7  Management Statement shall address all of the topics set forth in
8  the "Standing Order for All Judges of the Northern District of
9  California - Contents of Joint Case Management Statement," which
10 can be found on the court's website at:
11 http://www.cand.uscourts.gov/filelibrary/373/Standing%20Order.pdf.
12          The Joint Case Management Statement shall also include
13 a statement by any nongovernmental corporate party identifying
14 all of its parent and subsidiary corporations and listing any
15 publicly held company that owns 10% or more of the party's stock.
16 If any nongovernmental corporate party has no parent or
17 subsidiary corporations, no publicly held companies owning 10% or
18 more of its stock, and no relationship with any of the above
19 companies, it shall so state in the Joint Case Management
20 Statement.  Thereafter, if there is any change in the
21 information, the party shall file and serve a supplemental
22 statement within a reasonable time after such change occurs.
23          In appropriate cases, and after receiving the parties'
24 Joint Case Management Statement, the court may issue a Case
25 Management (Pretrial Scheduling) Order without requiring a case
26 management conference.  Unless the parties have received such an
27 order prior to the case management conference, the parties are
28 required to attend the conference as scheduled.

1           Concurrently with the service of process, or as soon
2  thereafter as possible, plaintiff shall serve upon each of the
3  parties named in the complaint, and upon all parties subsequently
4  joined, a copy of this Order, and shall file with the clerk a
5  certificate reflecting such service.  Counsel are also directed
6  to file with the court any additions, changes, substitutions or
7  corrections to the listed attorneys on the electronic docket for
8  the case.
9           Upon filing any motion in this case, counsel shall
10 inform the undersigned's courtroom deputy, Karen Kirksey Smith,
11 at KKirkseySmith@caed.uscourts.gov.
12 Dated:  July 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE