UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| YI TAI SHAO aka LINDA YI TAI SHAO,<br><br>        Plaintiff,<br><br>  v.<br><br>TSAN-KUEN WANG, et al.<br><br>        Defendants. | CIV. NO. 3:14-01912 WBS<br><br>ORDER |

----oo0oo----

        The court does not believe any clarification of its Order of November 25, 2014 is required.  Accordingly, IT IS HEREBY ORDERED that plaintiff's Request for Clarification of that Order (Docket No. 219) be, and the same hereby is, DENIED.

Dated:  December 5, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE